Petitioner's brief is due within 21 days from the date of filing of this order.

**In re Bruce K. BOUNDY.**

No. 04–1456.

United States Court of Appeals, Federal Circuit.

Sept. 24, 2004.

David E. Boundy, Principal Attorney, Willkie Farr & Gallagher, New York, NY, for Appellant.

John M. Whealan, Principal Attorney, Linda Moncys Isacson, William Lamarca, of Counsel, for Appellee.

**Clea B. EFTHIMIADIS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3373.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2004.

Clea B. Efthimiadis, of Counsel Attorney, Brickell Law Center, L.L.C., Miami, FL, for petitioner.

Michael Dierberg, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel Attorney, Respondent.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.